**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 91 WAL 2018

         Respondent    :

         :    Petition for Allowance of Appeal from
         :    the Order of the Superior Court

         v.    :

ERIC WELLS,    :

         Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.